

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R., JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Kelly Cross, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court